Robert P. Goe - State Bar No. 137019
Rafael R. Garcia-Salgado – State Bar No. 283230
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
RGoe@goeforlaw.com
RGarcia@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Plaintiff PH DIP, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PH DIP, INC.,<br><br>              Debtor.<br><br>PH DIP, INC.,<br><br>              Plaintiff,<br>v.<br><br>F5 FINANCIAL, INC., A TEXAS CORPORATION; JAMES GILMORE BUTLER, III; JAMES G. BUTLER IN HIS CAPACITY AS PRESIDENT AND DIRECTOR OF F5 FINANCIAL INC.; DAVID FELTMAN; DAVID FELTMAN DBA LAW OFFICE OF DAVID FELTMAN; BRIAN ZHENG; and DOES 1-25.<br><br>              Defendants. | Bank. Case No.: 2:18-bk-15972-WB<br><br>Chapter 11<br><br>Adv. Case No.   2:20-ap-01125-WB<br><br>**DECLARATION OF ROBERT P. GOE IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[NO HEARING REQUIRED] |

I, Robert P. Goe, declare as follows:

1. I am a partner with Goe Forsythe & Hodges LLP, counsel to Debtor and Plaintiff PH, DIP, INC. ("Plaintiff") in this matter. I make this declaration in support of Plaintiff's Request for Clerk to Enter Default(s) Under LBR 7055-1(a) ("Request"). The matters stated herein are within my own personal knowledge and if called to testify, I could and would competently testify thereto.

2. On May 24, 2018, PH DIP, INC. filed a voluntary petition under chapter 11 of Title 11 of the United States Code.

3. On May 20, 2020, Plaintiff filed a complaint ("Complaint") against Brian Zheng ("Defendant") for: (1) Avoidance and Recovery of Constructive Fraudulent Transfers; (2) Avoidance and Recovery of Intentional Fraudulent Transfers; (3) Avoidance and Recovery of Property of the Bankruptcy estate; and (4) Breach of Fiduciary Duty [Docket No. 1].

4. On May 22, 2020, Plaintiff served the Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] and Complaint on the Defendant [Docket No. 4], copies of which are attached to the Request for Clerk to Enter Default Under LBR 7055-1(a) filed concurrently herewith.

5. As of this date, Defendant has not filed a response with the Court to the Complaint.

6. Plaintiff requests that the Clerk of the Bankruptcy Court enter default against Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of December 2020, at Irvine, California.

                                        By:  /s/Robert P. Goe
                                              Robert P. Goe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROBERT P. GOE IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 10, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brian Zheng
19901 Tennessee Trail
Walnut, CA 91789-4914

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Julia Brand, USBC, 255 East Temple Street, Los Angeles, CA 90012 (SUSPENDED DUE TO COVID-19 PROTOCOLS)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2020 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2