| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – State Bar No. 137019<br>Ronghua Sophia Wang– State Bar No. 324494<br>GOE FORSYTHE & HODGES LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>RGoe@goeforlaw.com<br>SWang@goeforlaw.com<br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff PH DIP, INC. | **FILED & ENTERED**<br><br>**MAR 15 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY kaaumoan DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>PH DIP, INC.,<br><br>Debtor(s) | CASE NO.: 2:18-bk-15972-WB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:20-ap-01125-WB |
|---|---|
| PH DIP, INC.,<br>Plaintiff(s)<br><br>vs.<br><br>F5 FINANCIAL, INC., A TEXAS CORPORATION; JAMES G. BUTLER, III; JAMES G. BUTLER IN HIS CAPACITY AS PRESIDENT AND DIRECTOR OF F5 FINANCIAL INC.; DAVID FELTMAN; DAVID FELTMAN DBA LAW OFFICE OF DAVID FELTMAN, AND BRIAN ZHENG.<br>Defendant(s) | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE:          March 2, 2021<br>TIME:          2:00 p.m.<br>COURTROOM: 1375<br>PLACE:         255 E. Temple Street<br>                    Los Angeles, CA 90012 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): PH DIP, INC.
   and against Defendant (*specify name*): YU "BRIAN" ZHENG
2. a. ☒ Plaintiff is awarded damages in the following amount:          $635,182.62
   b. ☐ Plaintiff is awarded costs in the following amount:            $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:    $
   d. ☐ Plaintiff is awarded interest at the rate of ___% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*):

   e. ☐ Plaintiff is granted the following relief (*specify*):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                               **F 7055-1.2.DEFAULT.JMT**

☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a) _____
   ☐ Other (*specify*):

4. ☒ The court further orders: **Defendants F5 FINANCIAL, INC,, a Texas corporation; JAMES G. BUTLER, III; JAMES G. BUTLER in his Capacity as President and Director of F5 Financial, Inc.; and YU "BRIAN" ZHENG are jointly and severally liable for the judgment.**

   ☐ See attached page

                                    ###

Date: March 15, 2021

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     F 7055-1.2.DEFAULT.JMT