| ☒ Recording requested by a return to:<br>Robert P. Goe - SBN 137019<br>GOE FORSYTHE & HODGES LLP<br>18101 Von Karman Ave., Ste. 1200<br>Irvine, CA 92612<br>RGgoe@goeforlaw.com<br>Telephone: (949) 798-2460 / Facsimile: (949) 955-9437<br>Attorneys for PH DIP, Inc. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: PH DIP, INC.,<br>Debtor | CASE NUMBER 2:18-bk-15972-WB<br>ADVERSARY NUMBER 2:20-ap-01125-WB |
| PH DIP, INC., Plaintiff<br>vs.<br>F5 FINANCIAL, INC., A TEXAS CORPORATION; et al. Defendant | **ABSTRACT OF JUDGMENT** |

COPY

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address   YU "BRIAN" ZHENG

    19901 Tennessee Trail

    Walnut, CA 91789

    ☐ Address Unknown

    b. Driver's License No. _____ ☒ Unknown

    c. Social Security No. _____ ☒ Unknown

2. The Summons was personally served at, or mail to (address):

    19901 Tennessee Trail, Walnut, CA 91789

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated: 9/7/21                                  _____
                                                   (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| PH DIP, INC. v F5 FINANCIAL, INC., A TEXAS CORPORATION; et al Debtor(s). | | ADVERSARY NO.: 2:20-ap-01125-WB |

4. I certify that in the above-entitled action and Court, Judgment was entered on __MARCH 15, 2021__,

in favor of __PH DIP, INC.__ and against __YU "BRIAN" ZHENG__

for  $ __635,182.62__        Principal,

    $ __N/A__             Interest,

    $ __N/A__             Attorney's Fees, and

    $ __N/A__             Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

  1. Amount $ _____

  2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __8th__ day of __September 2021__

(SEAL)

KATHLEEN J. CAMPBELL
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

# EXHIBIT 1

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Robert P. Goe – State Bar No. 137019<br>Ronghua Sophia Wang– State Bar No. 324494<br>GOE FORSYTHE & HODGES LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>RGoe@goeforlaw.com<br>SWang@goeforlaw.com<br>Telephone: (949) 798-2460<br>Facsimile:   (949) 955-9437<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for: Plaintiff PH DIP, INC. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 15 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY kaaumoar DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>PH DIP, INC.,<br><br>Debtor(s) | CASE NO.: 2:18-bk-15972-WB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:20-ap-01125-WB |
|---|---|
| PH DIP, INC.,<br><br>Plaintiff(s)<br><br>vs.<br><br>F5 FINANCIAL, INC., A TEXAS CORPORATION; JAMES G. BUTLER, III; JAMES G. BUTLER IN HIS CAPACITY AS PRESIDENT AND DIRECTOR OF F5 FINANCIAL INC.; DAVID FELTMAN; DAVID FELTMAN DBA LAW OFFICE OF DAVID FELTMAN, AND BRIAN ZHENG.<br><br>Defendant(s) | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE:          March 2, 2021<br>TIME:          2:00 p.m.<br>COURTROOM: 1375<br>PLACE:         255 E. Temple Street<br>               Los Angeles, CA 90012 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): PH DIP, INC.
   and against Defendant (*specify name*): YU "BRIAN" ZHENG
2. a. ☒ Plaintiff is awarded damages in the following amount:            $635,182.62
   b. ☐ Plaintiff is awarded costs in the following amount:               $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:       $
   d. ☐ Plaintiff is awarded interest at the rate of ___% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*):

   e. ☐ Plaintiff is granted the following relief (*specify*):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                               F 7055-1.2.DEFAULT.JMT

☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under:    ☐ Bankruptcy Code §523(a) _____
   ☐ Other (specify):

4. ☒ The court further orders: *Defendants F5 FINANCIAL, INC,, a Texas corporation; JAMES G. BUTLER, III; JAMES G. BUTLER in his Capacity as President and Director of F5 Financial, Inc.; and YU "BRIAN" ZHENG are jointly and severally liable for the judgment.*

   ☐ See attached page

                                        ###

Date: March 15, 2021

*[signature]*
Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                           Page 2                        F 7055-1.2.DEFAULT.JMT